UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:18-CR-18-REW-HAI |
| v. | ) | |
| | ) | |
| TYLER SIMPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (DE #107) of United States Magistrate Judge Hanly A. Ingram, addressing Defendant Tyler Simpson's guilty plea to a lesser-included offense under Count 1 of the Superseding Indictment (DE #20). Defendant appeared before Judge Ingram on May 13, 2019. *See* DE #106 (Minutes). After consenting to plead before a United States Magistrate Judge (*see* DE #108) and engaging in the full colloquy required by Rule 11, Simpson proceeded to plead guilty to the lesser-included offense under Count 1 of DE #20 (specifically, conspiracy to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, *see* DE #109 ¶ 1). *See* DE #107 at ¶¶ 1–2. Judge Ingram found Defendant competent to plead and concluded that Defendant did so in a knowing and voluntary fashion; he further found that an adequate factual basis supported the plea as to each essential element of the applicable charge. *Id.* at ¶¶ 2–3. Accordingly, Judge Ingram recommended the Court accept Defendant's plea and adjudge him guilty of the Count 1 lesser-included offense. *Id.* at ¶ 4. Judge Ingram deferred acceptance of the plea agreement pending consideration attendant to final sentencing. *Id.* at ¶ 5.

Per DE #107, Judge Ingram permitted the parties three days to object to the Recommendation. *Id.* at 3. No party objected, and the time to do so has now passed. While this Court reviews *de novo* those portions of a Report and Recommendation to which a party objects, *see* 28 U.S.C. § 636(b)(1), it is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not object to the magistrate judge's recommended disposition, they waive any right to review. *See* Fed. R. Crim. P 59(b)(2); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption).

The Court thus **ADOPTS** the Recommended Disposition (DE #107), accepts Simpson's guilty plea, and **ADJUDGES** him guilty of the identified lesser-included offense under Count 1 of the Superseding Indictment. The Court further formally **CANCELS** the jury trial as to this Defendant. An Order scheduling Defendant's sentencing will follow.

This the 20th day of May, 2019.

Signed By:
*Robert E. Wier* REW
**United States District Judge**